IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  )
 )  CHAPTER: 11
EVERBUILDING GROUP, INC.  )  NO.:321-02847
Debtor.  )  Judge Harrison
 )
 )
 )

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS January 4, 2022**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: on January 18, 2022 at 9:00 a.m.**

**use this Zoom link https://www.zoomgov.com/j/16029839352**
**Meeting ID 160 2983 9352**

## NOTICE OF DEBTOR'S MOTION TO SET ASIDE ORDER DISMISSING CASE

The Debtor has asked the Court for the following relief:

**APPROVAL OF MOTION TO SET ASIDE ORDER DISMISSING CASE**

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the Court to grant the attached Motion to Set Aside Order Dismissing Case, or if you want the Court to consider your views on the Motion, then on or before January 4, 2022, you or your attorney must:

1) If you are an attorney, you must timely file a response electronically using the Bankruptcy Court's CM/ECF system. If you are representing yourself pro se, you must file with the Court your written response or objection explaining your position at:

   By Mail: U.S. Bankruptcy Court, P.O. Box 24890, Nashville, Tennessee 37202-4890

   In Person: U.S. Bankruptcy Court, 701 Broadway, First Floor, Nashville, Tennessee 37203 (Monday – Friday, 8:00 a.m. – 4:00 p.m.)

Case 3:21-bk-02847    Doc 39    Filed 12/13/21    Entered 12/13/21 13:02:18    Desc Main
Document      Page 1 of 8

2) **Your response must state that the deadline for filing responses is March 26, 2020, the date of the scheduled hearing is April 8, 2020, at 8:30 a.m., in Courtroom 1, Second Floor, 701 Broadway, Nashville, Tennessee 37203; and the document to which you are responding is the Debtor's Motion to Set Aside Order Dismissing Case.** If you want a file stamped copy returned, you must include an extra copy and self-addressed, stamped envelope.

If you are representing yourself pro se, you must also mail a copy of your response to:

> Steven L. Lefkovitz
> Attorney for Debtor
> 618 Church Street, Suite 410
> Nashville, Tennessee 37219
>
> United States Trustee
> 318 Customs House
> 701 Broadway
> Nashville, Tennessee 37219

If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584, or viewing the case on the Court's web site at <www.tnmb.uscourts.gov>. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 4tw 906(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Debtor's Motion to Set Aside Order Dismissing Case, and may enter an Order granting the relief sought in said Motion.

Date: **December 13, 2021**      Signature: **/S/ STEVEN L LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone No.:   (615) 256-8300
Fax No.:      (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system; this December 14, 2021.

I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all creditors and parties-in-interest pursuant to the attached mailing matrix by U.S. Mail, postage prepaid, this December 14, 2021.

/S/ STEVEN L LEFKOVITZ
Steven L Lefkovitz

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 11 |
| EVERBUILDING GROUP, INC. ) | NO.:321-02847 |
| Debtor. ) | Judge Harrison |
| ) | |
| ) | |
| ) | |

## MOTION TO SET ASIDE ORDER DISMISSING CASE

Comes the Debtor, through counsel, and respectfully moves this Honorable Court to set aside the Order Dismissing Case entered herein on December 2, 2021 (Docket No. 37). The Debtor is now able to cure all of the defaults which were the genesis of the dismissal of the case.

WHEREFORE, the Debtor prays that the above-sought relief be granted and for such further relief as is deemed just.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ, PLLC

**/S/ STEVEN L LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone No.:   (615) 256-8300
Fax No.:   (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system; this December 14, 2021.

I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all creditors and parties-in-interest pursuant to the attached mailing matrix , by U.S. Mail, postage prepaid, this December 14, 2021.

/S/ STEVEN L LEFKOVITZ
Steven L Lefkovitz

# **PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)  CHAPTER: 11
EVERBUILDING GROUP, INC. )  NO.:321-02847
   Debtor. )  Judge Harrison
)
)
)

## **ORDER GRANTING MOTION TO SET ASIDE ORDER DISMISSING CASE**

Upon the Debtor's Motion to Set Aside Order Dismissing Case and Notice Thereon having been filed with the Clerk of this Court and copies of same having been served on all creditors and parties-in-interest on December 14, 2021; there having been no objections to said Motion filed with the Clerk within twenty-one (21) days of Notice pursuant to LBR 9013; and upon the entire record herein, the Court hereby finds that said Motion is well taken and is, therefore, **GRANTED**.

Accordingly, it is so **ORDERED** that the Order Dismissing Case entered herein on December 2, 2021, is hereby set aside, and the above-referenced Chapter 11 case shall be allowed to continue.

### **THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ, PLLC

---

Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone No.: (615) 256-8300
Fax No.: (615) 255-4516
Email: slefkovitz@lefkovitz.com

```
abel Matrix for local noticing         EverBuilding Group, Inc.              LEFKOVITZ AND LEFKOVITZ, PLLC   +
 650-3                                 1038 Black Gum Ln.                    618 CHURCH ST STE 410
ase 3:21-bk-02847                      Clarksville, TN 37043-1440            NASHVILLE, TN 37219-2452
IDDLE DISTRICT OF TENNESSEE
ashville
on Dec 13 12:15:11 CST 2021

01 Broadway Room 170                   84 LUMBER COMPANY                     84 Lumber
ashville, TN 37203-3979                1019 ROUTE 519 #8                     1019 Route 519
                                       EIGHTY FOUR PA 15330-2813             Eighty Four PA 15330-2813


aron Goletz                            BLADE FUNDING INC                     Bala Indukuri
112 Thornberry Dr.                     C O REGENT & ASSOCIATES               1670 Lantana Station
larksville TN 37043-5687               500 LOVETT BLVD SUITE 225             Thompsons Station TN 37179
                                       HOUSTON TEXAS 77006-4094


ill Stiggliano                         Bizfund                               Blade Funding
02 Five Oaks Blvd                      2373 McDonald Ave                     211 Boulevard of the Americas
ebanon TN 37087-1321                   Brooklyn NY 11223-4738                Lakewood NJ 08701-4775


onnie and Adam Brown                   Corporation Service Company           Craig Wade
15 Muscogee Way                        PO Box 2576                           132 N Country Club Dr.
ount Juliet TN 37122-5229              UCCSPREP CSCINFOCOM                   Hendersonville TN 37075-2649
                                       Springfield IL 62708-2576


aniel Bell                             Daniel P. Ufford                      David Paitiak
91 Lakeside Park Dr.                   320 Franklin Street                   4369 Memory Ln
endersonville TN 37075-3608            Clarksville, TN 37040-3422            Adams TN 37010-9502


irst Corp. Solutions, As Rep.          Frederick Ludwikowski                 GAIL D AND WILLIAM T CRAFTON
14 S Street                            245 Windmeade Cir.                    GAIL D OR WILLIAM T CRAFTON
PRS FICOSO COM                         Clarksville TN 37042-5270             765 LITTLE ELKS SPRINGS RD
acramento CA 95811-7025                                                      OAKLAND KY 42159-8711


il Crafton                             George Ash                            Jeffrey Woods
55 Little Elks Spring Rd.              1056 Harve Brown Rd                   4501 Dakota Ave
kland KY 42159-8711                    Bethpage TN 37022-8911                Nashville TN 37209-3618


rry and Jonnie Smith                   John Aguirre, Sr.                     Jon Wendt
53 Nadia Ct                            1038 Black Gum Ln.                    2468 Settlers Tr.
arksville TN 37040-2595                Clarksville TN 37043-1440             Clarksville TN 37043-1523


seph Kirwin                            Julie Trainor                         Lucas Pederson
98 East Ridge Rd.                      3411-B Benham Ave                     1468 Collins View Way
odlawn TN 37191-8115                   Nashville TN 37215-1503                Clarksville TN 37043-1525
```

| | | |
|---|---|---|
| Machelle Bailey<br>5108 Overton Rd.<br>Nashville TN 37220-1957 | Orgain Ready Concrete Mix<br>175 Hampton Station Rd<br>Clarksville TN 37040-5312 | PortaGrace Manufacturing<br>1675 Old Concord Ln<br>Hopkinsville KY 42240 |
| RBR Global LLC<br>1540 International Parkway<br>Suite 3030<br>Lake Mary FL 32746-5096 | Regions Bank<br>Bankruptcy Dept. BH40402B<br>P.O. Box 10063<br>Birmingham, AL 35202-0063 | Reliant Funding<br>525 Broadhollow Rd.<br>Melville NY 11747-3718 |
| Rose Wilson<br>554 Randy Dr.<br>Fredonia KY 42411 | SRM CONCRETE<br>1136 2ND AVE NO<br>Nashville TN 37208-1702 | SUMNER CO GEN SESS CT<br>PO BOX 549<br>GALLATIN TN 37066-0549 |
| SUNBELT RENTALS<br>PO BOX 409211<br>ATLANTA GA 30384-9211 | Sam Carter<br>170 Wilkson Ln.<br>Portland TN 37148-4899 | Shawn & Alana Moore<br>3110 Palomar Drive<br>Murfreesboro, TN 37129-0882 |
| Sherwin Williams<br>2273 Wilma Rudolph Blvd<br>Clarksville TN 37040-5841 | SunState Rental Equipment<br>777 Steel Rock Rd.<br>Clarksville TN 37040-5368 | Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | WILLIAM STIGLIANO<br>402 FIVE OAKS BLVD<br>LEBANON TN 37087-1321 | Yazan Musleh<br>4516 Marymont Springs Blvd<br>Murfreesboro TN 37128-4982 |
| Bill Stigliano<br>115 East Main<br>Lebanon, TN 37087-2777 | CRAIG & VICKIE WADE<br>c/o DUANE W. DEVAULT, ATTORNEY AT LAW<br>POST OFFICE BOX 387<br>HENDERSONVILLE, TN 37077-0387 | Daniel and Karen Bell<br>c/o Hankins Law<br>117 Saundersville Road<br>Suite 205<br>Hendersonville, TN 37075-8978 |
| George Ash<br>c/o David Anthony, Esq<br>818 18th Avenue South, Tenth Floor<br>Nashville, TN 37203-6663 | Rose Wilson<br>554 Randy Dr.<br>Cadiz, KY 42211 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Daniel P. Ufford<br>320 Franklin Street<br>Clarksville, TN 37040-3422 | (d)Shawn & Alana Moore<br>3110 Palomar Drive<br>Murfreesboro, TN 37129-0882 | End of Label Matrix<br>Mailable recipients    52<br>Bypassed recipients    2<br>Total                 54 |